# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 08-0801 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff be awarded attorney's fees and costs in the amount of Four-Thousand, Three-Hundred and Twenty-eight dollars and nine cents ($4,328.09) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 1st day of March, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge